24778.   BEST v. GEORGIA POWER COMPANY.

DUCKWORTH, Chief Justice.   The petition showing that at the time this action for legal and equitable relief was filed in the lower court, a petition to condemn the property in rem had already been filed, the defendant therein could not decline to litigate and seek to bring a separate action such as here. *Code Ann.* § 81A-113 (Ga. L. 1966, pp. 609, 625); *Johnson v. Fulton County*, 216 Ga. 498 (117 SE2d 155); *Fulton County v. Aronson*, 216 Ga. 497 (117 SE2d 166); *Golfland, Inc. v. Thomas*, 218 Ga. 747 (130 SE2d 591).   Accordingly, the court did not err in dismissing the action.

*Judgment affirmed.   All the Justices concur.*

SUBMITTED SEPTEMBER 9, 1968—DECIDED OCTOBER 10, 1968.

*Neville & Neville, G. Leonard Liggin,* for appellant.

*Jones, Cork, Miller, & Benton, Wallace Miller, Jr., Colbert Hawkins,* for appellee.